**Order entered July 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

## IN THE MATTER OF THE MARRIAGE OF LISA MARIE HAMMETT AND JAMES L. HAMMETT

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-51726-2011

## ORDER

We **GRANT** court reporter Kathy Bounds's July 2, 2014 request for extension of time to file record and **ORDER** the reporter's record be filed no later than August 5, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE